BYRON D. WILLOUGHBY, Respondent, *v.* THE BROTHERHOOD OF LOCOMOTIVE FIREMEN AND ENGINEMEN, Appellant.

*Willoughby* v. *Brotherhood of Locomotive Firemen & Enginemen*, 173 App. Div. 1001, appeal dismissed.
(Submitted October 2, 1916; decided October 10. 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth

judicial department entered May 31, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover a death benefit.

The motion was made upon the ground that the Appellate Division unanimously decided that there was evidence sufficient to sustain the verdict and that the exceptions were frivolous.

*Charles Newton* for motion.

*George J. Arnold* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.